EDWARD YOUSEFIAN, AND ROSE YOUSEFIAN, HIS WIFE, PLAINTIFFS-RESPONDENTS, v. MUNICIPAL COUNCIL OF THE TOWNSHIP OF WAYNE, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued June 5, 1978—Decided June 16, 1978.

Before Judges MICHELS, PRESSLER and BILDER.

Mr. *Frank Scangarella* argued the cause for appellant (Mr. *Lawrence D. Katz* and Ms. *Laura J. Lande* on the brief).

Mr. *Howard Stern* argued the cause for respondents M,essrs. *Stern, Steiger, Croland & Bornstein,* attorneys; Mr. *Steven L. Davis* on the brief.

PER CURIAM. The judgment of the Law Division is affirmed substantially for the reasons expressed by Judge Reiss in his written opinion of July 5, 1977, reported at 152 *N. J. Super.* 111 (1977).[1]

[1]The Wayne Township Planned Unit Development here under review was continued in full force and effect by an interim zoning ordinance adopted for an additional period of one year by the governing body. of Wayne Township on January 18, 1978 pursuant to the provisions of the Municipal Land Use Law (*N. J. S. A.* 40:55D–90 b), and both parties have stipulated its continued applicability.